UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 19-10267-DPW

UNITED STATES OF AMERICA

v.

MANUEL DEJESUS SOTO-PENA

### INITIAL SCHEDULING ORDER

August 23, 2019

Boal, M.J.

The defendants were arraigned before this Court and have elected to proceed under the Automatic Discovery Rules. Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules ("LR") 116.1 through 116.4. Furthermore, it is hereby ordered that:

1. The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **September 19, 2019**. The parties are reminded of their obligation under LR 116.1(f) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **October 1, 2019 at 11:00 a.m.** The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **September 24, 2019.**

    /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge